IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09CR52-8-FDW

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| ANTHONY LEE MONROE, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on "Defendant Anthony Lee Monroe's Motion for Discovery" (document #89) filed July 26, 2009. On June 30, 2009, United States Magistrate Judge David C. Keesler entered a Standard Criminal Discovery Order (document #74) in this case which mandates how discovery will be conducted including the issues raised in the subject motion. Therefore, the subject motion is **DENIED**.

**IT IS THEREFORE ORDERED**:

1. "Defendant Anthony Lee Monroe's Motion for Discovery" filed July 26, 2009, is **DENIED**.

2. The Clerk is directed to send copies of this Order to counsel for the parties, and to <u>The Honorable Frank D. Whitney</u>.

Signed: July 27, 2009

David S. Cayer
United States Magistrate Judge

1