# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:09-cr-00052-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ANTHONY LEE MONROE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE MATTER is before the Court on the "Notice of Potential Scheduling Conflict" (Doc. No. 106) filed by defense counsel. To the extent such "Notice" constitutes a motion to continue, it is DENIED. This case has had a peremptory trial setting since July 6, 2009, and, since that time, counsel has had constructive notice of the oral order, which appears on the docket sheet for the entire case.

IT IS SO ORDERED.

Signed: August 26, 2009

Frank D. Whitney
United States District Judge